**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  11-cv-03344-REB-MEH

MEL BOMPREZZI,

    Plaintiff,

v.

DR. JOAN KAPRIVNIKAR,

    Defendant.

---

**MINUTE ORDER**[1]

---

    The following matters are before the court for consideration: (1) plaintiff's **Motion To Withdraw Action** [#66][2] filed November 19, 2012 and (2) plaintiff's **Motion For Leave To Reinstate Case and More** [#67] filed November 21, 2012.  After reviewing the motions and the record, the court has concluded that both motions should be denied as moot.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That plaintiff's **Motion To Withdraw Action** [#66] filed November 19, 2012, is **DENIED** as moot.  Plaintiff filed his motion for leave to reinstate the case shortly after filing this motion to withdraw; and

    2. That plaintiff's **Motion For Leave To Reinstate Case and More** [#67] filed November 21, 2012, is **DENIED** as moot.  Plaintiff's case was never closed.

    Dated:  November 27, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#66]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.