**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 11-cv-03344-REB-MEH

MEL BOMPREZZI,

    Plaintiff,

v.

DR. JOAN KAPRIVNIKAR,

    Defendant.

---

**MINUTE ORDER**[1]

---

    The matter before the court is plaintiff's **Clarifications** [#62] filed October 13, 2012. The motion is **GRANTED** in part. The United States District Judge assigned to this case is Robert E. Blackburn. Otherwise, the motion is **DENIED**.

    Dated: September 3, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.