IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-03344-REB-MEH

MEL BOMPREZZI,

    Plaintiff,

v.

DR. JOAN KAPRIVNIKAR,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 4, 2013.**

    Defendant's Motion to Vacate Final Pretrial Conference [filed December 3, 2013; docket #95] is **granted**.  The Final Pretrial Conference currently scheduled for December 10, 2013 is **vacated**, and will be rescheduled, if necessary, upon resolution of the Defendant's motion for summary judgment.