## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-03344-REB-MEH

MEL BOMPREZZI,

      Plaintiff,

v.

DR. JOAN KAPRIVNIKAR,

      Defendant.

---

## FINAL JUDGMENT

---

This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in accordance with the **Order Concerning Recommendation of United States Magistrate Judge** [#99] entered by Judge Robert E. Blackburn on February 27, 2014, which order is incorporated herein by this reference.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Recommendation of United States Magistrate Judge** [#81] filed April 24, 2013, is **APPROVED** and **ADOPTED** as an order of this court;

      2.  That the **Recommendation of United States Magistrate Judge** [#93] filed October 29, 2013, is **APPROVED** and **ADOPTED** as an order of this court;

      3.  That the **Defendant's Motion for Summary Judgement** [#87] filed September 9, 2013, is **GRANTED**;

      4.  That this case is **DISMISSED** with prejudice;

      5.  That **JUDGMENT IS ENTERED** in favor of the defendants named in the

amended complaint [#11], Dr. Joan Kaprivnikar and Colorado Department of

Corrections, against the plaintiff, Mel Bomprezzi, on each of the claims for relief asserted

in the amended complaint [#11]; and

6.  That the defendants are **AWARDED** their costs to be taxed by the Clerk of the

Court pursuant to Fed.R.Civ.P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado, this 4th day of March, 2014.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By: s/Kathleen Finney
        Kathleen Finney
        Deputy Clerk